# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-1975

_____

| | | |
|---|---|---|
| In re: Janet E. McCormick, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| _____ | * | |
| | * | |
| Janet E. McCormick, also known as | * | |
| Janet E. Edwards, | * | Appeal from the United States |
| | * | Bankruptcy Appellate Panel for |
| Appellant, | * | the Eighth Circuit. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Diversified Collection Service, Inc., | * | |
| Clam of: United States Department | * | |
| of Education, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:  August 31, 2001

Filed:  September 7, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Janet E. McCormick challenges the Bankruptcy Appellate Panel's affirmance of
the bankruptcy court's refusal to discharge McCormick's student loan debt under 11

U.S.C. § 523(a)(8).  Because McCormick has not provided a trial transcript, <u>see</u> Fed. R. Bankr. P. 8006, we must defer to the bankruptcy court's finding that McCormick failed to prove she could not repay this debt without undue hardship.  <u>See</u> <u>In re Clark</u>, 223 F.3d 859, 863 (8th Cir. 2000).  Because we have nothing to add to the Bankruptcy Appellate Panel's decision, we affirm on the basis of the panel's decision.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.